[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12779

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

STEPHEN CHARLES SETTER,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:20-cr-00060-RSB-CLR-1

_____

2                     Opinion of the Court                  22-12779

Before JORDAN, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

Andrew S. Johnson, appointed counsel for Stephen Charles Setter in this appeal following his conviction on one count of arson, and his resultant sentence of 60 months' imprisonment, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Setter's conviction and sentence are **AFFIRMED**.